CORRIGAN and YOUNG, JJ. We join the statement of Justice MARKMAN.

PEOPLE V SCHMIDT, 138209; Court of Appeals No. 280127.

KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

CAVANAGH, J. I would grant leave to appeal.